NO.-C-1-PB-17-000639

NO.-C-1-PB-16-001981

ROSE HALL-JENKINS**** ROYCE HALL****SANDY C. HALL

PLAINTIFFS

VS.

JOHN CRANE*JERRY JONES*ANTOINETTE RILEY*DONNA-KEITH

DEFENDANTS

UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TEXAS AUSTIN

1:23CV01477 RP

REMOVAL OF ACTION UNDER

FEDERAL QUESTIONS

18 USC CONSPRIRACY TO OBSTRUCT JUSTICE

18

18 USC $

242 DEPRIVATIONS OF RIGHTS                    SECTION 241 CONSPIRACY

AGAINST RIGHTS                                29 USC $ 1109 LIABILITY

NO.-C-1-PB-17-000639
NO.-C-1-PB-16-001981

| | |
|---|---|
| FOR BREACH OF FIDUCIARY DUTY | USC CODE $ 1401 |
| DEFAMATION | 18 USC $ 153 ESTATE |
| FRAUD | 18 USC $ |
| ALTERATION OF RECORD | IN |

FUTHERANCE OF A CRIME** CIVIL VIOLATION

15 USC $ 1116 PERMANENT INJUCTIVE RELIEF         28 USC $ 3201

ABSTRACT JUDGEME (JUDGEMENT LIEN)         29 USC $ 101 ISSUANCE

OF PERMANENT RESTRAINING ORDER. **APPLICATION FOR PERMANENT INJUNCTIVE RELIEF. TEMPORARY/PERMANENT RESTRAINING ORDER AGAINST THREE OF THE DEFENDANTS (UNLAWFUL RESTRAINT AGAINST ROSE HALL-JENKINS), JOHN CRANE, JERRY FRANK JONES AND ANTOINETTE RILEY.**         PLAINTIFF ROYCE HALL IS HEIR TO ALL THREE PROBATE CASES: DONALD HALL ESTATE, MALCOLM HALL ESTATE AND ROSE HALL-JENKINS GUARDIANSHIP. ROYCE HALL IS COMPLAINING OF DEFENDANT JOHN CRANE ESTATE ATTORNEY. JOHN CRANE IS ALSO THE ADMINISTRATOR FOR THE ROSE HALL-JENKINS GUARDIANSHIP AND THE ADMINISTRATOR FOR THE MALCOLM HALL ESTATE. AND WILL RESPECTFULLY SHOW THE COURT:         1. ROSE HALL-JENKINS, ROYCE HALL AND SANDY HALL WILL FILE APPLICATION OF PERMANENT

NO.-C-1-PB-17-000639
NO.-C-1-PB-16-001981

INJUNCTION FOR THE PARTITION, DECLARATORY JUDGEMENT AND DISTRIBUTION OF ESTATE.                 2. THE DEFENDANT WORKS AT 5508 WEST HIGHWAY 290 STE. 225 AUSTIN TEXAS 75735.          3. AMONG THE ASSETS OF ROSE HALL-JENKINS IS THE "HOUSE" OF 5208 PROVENCIAL DRIVE AUSTIN, TRAVIS COUNTY TEXAS. ROSE HALL-JENKIINS 1994 WILL LEFT THE ASSET OF 5208 PROVENCIAL DRIVE TO HER OLDEST SON ROYCE HALL AND HER YOUNGEST SON MALCOLM E. HALL. IN 2011 MALCOLM E. HALL KNEW THAT HIS DIAGNOSIS OF METASTATIC CANCER OF THE LIVER WOULD EVENTUALLY METATSTASIZE ALL OVER HIS BODY, THE CANCER WOULD METASTASIZE EVEN TO HIS BRAIN AND MOUTH. AND ON OR ABOUT WENESDAY 2016 SEPTEMBER 28 AT 3PM MALCOLM E. HALL DIED AT BRACKENRIDGE HOSPITAL WHERE HE WAS BORN ON JULY 22, 1960, AT 10PM.               4. ON OR ABOUT JANUARY 23, 2016 THRU NOVEMBER 25, 2023 ROYCE HALL REPEATEDLY SENT COPIES OF ROSE HALL-JENKINS WILL TO DEFENDANT ADMINISTRATOR JOHN CRANE (COPY OF WILL EXIBIT A). JOHN CRANE, ANTOINETTE RILEY (FRAUDULENT POA FOR ROSE HALL-JENKINS), JERRY JONES (ADLITEM FOR ROSE HALL-JENKINS) AND DONNA HALL-KEITH (EXECUTOR & ATTORNEY FOR DONALD HALL ESTATE) ENGAGED IN A

NO.-C-1-PB-17-000639

NO.-C-1-PB-16-001981

CONSPIRACY TO OBSTRUCT JUSTICE, DEPRIVATION OF RIGHTS AND CONSPIRACY AGAINST RIGHTS TO NOT RECOGNIZE ROSE HALL-JENKINS 1994 HANDWRITTEN WILL.

5. ON OR ABOUT OCTOBER 9, 2023, AT 3 PM, ROYCE HALL CHANGED THE FRONT DOOR LOCKS TO THE 5208 PROVENCIAL DRIVE. I RECEIVED AND EMAIL FROM JOHN CRANE ON OR ABOUT SEPTEMBER 3, 2023, CRANE STATED TO FACILITATE AN APPRAISAL FOR 5208 PROVENCIAL DRIVE AND TO HAVE A CONVERSATION WITH ROSE JENKINS REGARDING BACK PAY FOR RENT. EDITH FONTENOT, DAMARIUS HUMPHREY AND CIERRA HUMPHERY LIVED AT THE 5208 PROPERTY FOR 7 YEARS 10 MONTHS. CRANE SUGGESTED THE BACKPAY OF RENT CAME TO 100,000.00 (1200.00 A MONTH FOR RENT). 1200.00 A MONTH FOR 7 YEARS AND 10 MONTHS.         6. ON OR ABOUT OCTOBER 27, 2023, AT 2PM APPRAISER LANCE LESTER, APPRAISED THE EXTERIOR PART OF 5208 PROVENCIAL DRIOVE. ATOINETTE RILEY WAS AT THE HOME ON THIS DATE AND WOULD NOT ALLOW ROYCE HALL OR THE APPRAISER LANCE LESTER TO ENTER 5208 PROVENCIAL DRIVE ON THIS DAY, RILEY STATED TO CALL JOHN CRANE TO GAIN ACCESS TO THE HOME, EMAIL FROM JOHN CRANE EXHIBIT C.         7. UNLESS JOHN CRANE,

NO.-C-1-PB-17-000639
NO.-C-1-PB-16-001981

JERRY JONES, ANTOINETTE RILEY AND DONNA HALL-KEITH ARE RESTRAINED AND ENJOINED, THE TWO ESTATES AND GUARDIANSHIP WILL SUFFER ADDITIONAL IMMINENT AND IRREPARABLE INJURY. EXHIBIT D, APPRAISAL BY APPRAISER LANCE LESTER, STATED THE APPRAISAL DROPED FROM 429,000.00 TO 315,000.00. ALSO, APPRAISER LANCE LESTER STATED THAT A FOUNDATION COMPANY ACCESS DAMAGES TO FOUNDATION, IN ADDITION TO HIS APRRRAISAL.

8. HEIRS TO THE HOME AND ESTATES SANDY HALL, ROSE HALL-JENKINS AND ROYCE HALL REQUEST PERMANENT RESTRAINING ORDER, PERMANENT INJUNCTION PROHIBITING JOHN CRANE, JERRY JONES, ANTOINETTE RILEY AND DONNA HALL-KEITH FROM ADDITIONAL DAMAGE TO ALL THREE ESTATES:   A. JOHN CRANE TO BE: REMOVED AS DEPENDENT ADMINISTRATOR AND SURCHARGED WITH ROSE HALL-JENKINS GUARDIANSHIP AND MALCOLM E. HALL ESTATE SO THAT BOTH 200,000.00 MARKELL SURETY BONDS BE PAID TO THE PLAINTIFFS.

B. JOHN CRANE TO: PRODUCE AN INVENTORY LIST OF PESONAL PROPERY MISSING OR DAMAGED FROM 5208 PROVENCIAL DRIVE AUSTIN TEXAS AND THE COMBINED COST OF IT ALL (ESPECIALLY ANTIQUES, JEWELRY AND HEIRLOOMS. AND ABSTRACT JUDGEMENT FOR

NO.-C-1-PB-17-000639
NO.-C-1-PB-16-001981

ALL PUNITIVE DAMAGES.    C. JERRY FRANK JONES TO: REPAY 86,000.00 MONEY ORDER THAT YOU RECEIVED FROM ROYCE HALL OR SUMMARY JUDGEMENT FOR ALL THE PUNITIVE DAMAGES RELATING TO ROSE HALL-JENKINS GUARDIANSHIP (TO INCLUDE THE TURNOVER FROM ROYCE HALL'S PARTIAL HEIR PAYMENT OF 20,000.00 FROM THE DONALD A. HALL ESTATE) ....    D. ANTOINETTE RILEY (FRAUDULENT POA OF ROSE HALL-JENKINS) TO: PAY SUMMARY JUDGEMENT TO ALL PUNITIVE DAMAGES IN RELATION TO UNLAWFUL RESTRAINT AND PUNITIVE DAMAGES TO THE ESTATE OF ROSE HALL-JEKINS. TO RELEASE ROSE HALL-JEKINS IMMEDIATELY TO HER ONLY SURVIVING SON ROYCE HALL.    E. DONNA HALL-KEITH (ROYCE HALL'S HALF-SISTER) EXECUTOR AND ATTORNEY OF DONALD A. HALL ESTATE TO:  TO PAY ABSTRACT JUDGEMENT FOR ALL PUNITIVE DAMAGES.    TO BE REMOVED AS EXECUTOR OF DONALD A. HALL ESTATE AND REPLACED BY ROYCE HALL, THE ELDEST CHILD OF DONALD A. HALL ESTATE. TO REPAY 20,000.00 PAID TO JERRY FRANK JONES ON BEHALF OF ROYCE HALL AS HEIR TO DONALD A. HALL ESTATE. AS PART OF THE PUNITVE DAMAGES FOR ROYCE HALL: PARTITION THE PROPERTY 10002 FM 969 RODE AUSTIN TEXAS 78724 TO ROYCE HALL

NO.-C-1-PB-17-000639

NO.-C-1-PB-16-001981

IMMEDIATELY. ALSO, "ADD ROYCE HALL TO ALL DONALD A. HALL ESTATE PROPERTIES" (THE TWO DAYCARES AND FAMILY HOUSE OF THE ESTATE THAT ARE WORTH THE MOST MONEY). ALSO, TO CLEAN UP ALL VACANT AND RESIDENTIAL PROPERTIES SO WE MAY GET TOP DOLLAR FOR ALL REMAINING DONALD A. HALL ESTATE PROPERTIES.

9. UPON FINAL ABSTRACT JUDGEMENT: THE PLAINTIFFS ROSE HALL-JENKINS, ROYCE HALL AND SANDY HALL THE PLAINTIFFS REQUEST THAT THE PERMANENT INJUNCTION BE MADE. PLAINTIFFS PRAYS THAT THE COURT GRANT SUMMARY JUDGEMENT FOR ALL REQUESTED RELIEF AND ANY OTHER RELIEF AT LAW OR EQUITY, TO WHICH PLAINTIFFS IS ENTITLED.

THE "PLAINTIFFS PRAYS TO THIS COURT BECAUSE OF THE FEDERAL QUESTIONS AND STATUTES VIOLATED." "THE PLAINTIFFS PRAYED TO THE AUSTIN TRAVIS COUNTY PROBATE COURT NO. 1 ON OR ABOUT JANUARY 2007-2023". "FROM THE BEGINNING IN JANUARY 2007, DONALD A. HALL ESTATE STARTED WITH A PROPONDEROUS AMOUNT OF THEFT AND BAD FAITH BY DONNA HALL-KEITH, ABUSING THE ESTATE, HER FATHER AND HER TWO OLDER HALF-

NO.-C-1-PB-17-000639
NO.-C-1-PB-16-001981

BROTHERS MALCOLM ERWIN HALL AND DELBERT ROYCE HALL".

"ALL THE PRO SE FILLINGS ENTERED BY ROYCE HALL FROM JANUARY 2007-DECEMBER 2023, NO ROYCE HALL PRO SE FILLINGS ARE ENTERED IN TRAVIS COUNTY PROBATE COURT NO. 1 AS A PERMANENT RECORD, A PROPONDEROUS NUMBER OF UNCONSTITUTIONAL VIOLATIONS". "THE FUDICIARY OFFICERS OF THE TRAVIS COUNTY COURT, SET THE PLAINTIFFS UP TO FAIL FROM THE VERY BEGINNING". PLAINTIFF, 78-YEAR-OLD ROSE HALL-JENKINS DIAGNOSED WITH CVA, DEMENTIA, ALZHEIMER'S, AND PARKINSONS. PLAINTIFF SANDY HALL 42 YEARS OF AGE, DIAGNOSED WITH ALTERED PERCEPTION SYNDROME SINCE SHE WAS 21 YEARS OLD. PLAINTIFF DELBERT ROYCE HALL WAS 52 YEARS OF AGE WHEN HE BECAME DISABLED WORKING AS A BUS DRIVER TRAINER FOR CAPITAL METRO, HE HAD A TERRIBLE DRIVING ACCIDENT, WERE HE INJURED HIS L4 AND L5 OF HIS LOWER BACK. THE OFFICERS AND DEFENDANTS OF THE COURT RECOGNIZED ALL THREE PLAINTIFF'S DISABILITIES IMMEDIATELY. THUS, THE MENS REA (CRIMINAL INTENT) AND RICO (RACKETEER INFLUENCED AND CORRUPT ORGANIZATION ACT) ENVIRONMENT START IMMEDIATELY. IN A 2019 PRECEDENT CASE, PLAINTIFF DR. MEDHI SAGHAFI VS. 8 ATTORNEYS FROM CLEVLAND AREA, LORAIN COUNTY

NO.-C-1-PB-17-000639

NO.-C-1-PB-16-001981

ROSE HALL-JENKINS**** ROYCE HALL****SANDY C. HALL

PLAINTIFFS

VS.

JOHN   CRANE*JERRY   JONES*ANTOINETTE   RILEY*DONNA-KEITH

DEFENDANTS

UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TEXAS AUSTIN

REMOVAL OF ACTION UNDER

FEDERAL QUESTIONS

18 USC CONSPRIRACY TO OBSTRUCT JUSTICE

18

242 DEPRIVATIONS OF RIGHTS

AGAINST RIGHTS

18 USC $

SECTION 241 CONSPIRACY

29 USC $ 1109 LIABILITY

NO.-C-1-PB-17-000639
NO.-C-1-PB-16-001981

| | |
|---|---|
| FOR BREACH OF FIDUCIARY DUTY | USC CODE $ 1401 |
| DEFAMATION | 18 USC $ 153 ESTATE |
| FRAUD | 18 USC $ |
| ALTERATION OF RECORD | IN |

FUTHERANCE OF A CRIME** CIVIL VIOLATION

15 USC $ 1116 PERMANENT INJUCTIVE RELIEF        28 USC $ 3201

ABSTRACT JUDGEME (JUDGEMENT LIEN)        29 USC $ 101 ISSUANCE

OF PERMANENT RESTRAINING ORDER. **APPLICATION FOR PERMANENT INJUNCTIVE RELIEF. TEMPORARY/PERMANENT RESTRAINING ORDER AGAINST THREE OF THE DEFENDANTS (UNLAWFUL RESTRAINT AGAINST ROSE HALL-JENKINS), JOHN CRANE, JERRY FRANK JONES AND ANTOINETTE RILEY.** PLAINTIFF ROYCE HALL IS HEIR TO ALL THREE PROBATE CASES: DONALD HALL ESTATE, MALCOLM HALL ESTATE AND ROSE HALL-JENKINS GUARDIANSHIP. ROYCE HALL IS COMPLAINING OF DEFENDANT JOHN CRANE ESTATE ATTORNEY. JOHN CRANE IS ALSO THE ADMINISTRATOR FOR THE ROSE HALL-JENKINS GUARDIANSHIP AND THE ADMINISTRATOR FOR THE MALCOLM HALL ESTATE. AND WILL RESPECTFULLY SHOW THE COURT:        1. ROSE HALL-JENKINS, ROYCE HALL AND SANDY HALL WILL FILE APPLICATION OF PERMANENT

NO.-C-1-PB-17-000639

NO.-C-1-PB-16-001981

HALL- JENKINS PASSES AWAY.

RESPECTFULLY SUBMITTED,

BY: *Royce Hall*

ON BEHALF ROYCE HALL, SANDY C. HALL AND ROSE JENKINS.    10002 FM 969 RODE AUSTIN TEXAS 78724. (512) 317-0024    ROYCE HALL HEIR TO ALL THREE ESTATES (GUARDIANSHIP).